FILED

FEB 28 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISRAEL NAVA,<br><br>　　　　Defendant. | Case No.: 23-cr-2193-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

On February 28, 2024, the United States moved under Federal Rule of Criminal Procedure 48(a) to dismiss the Indictment in this case. The Court agrees that good cause exists to grant the government's motion. Accordingly, the Indictment in the above-captioned case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: 2/28/24

　　　　　　　　　　　　　　　　　　　　HON. TODD W. ROBINSON
　　　　　　　　　　　　　　　　　　　　United States District Judge